Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
Kerry Hopkins (SBN 219406)
Email:  khopkins@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:	415.543.8700
Facsimile:	415.391.8269

John W. Allen (*pro hac vice*)
jwallen@varnumlaw.com
Timothy E. Eagle (*pro hac vice*)
teeagle@varnumlaw.com
VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
P.O. Box 352
Grand Rapids, MI  49501
Telephone:	616.336.6000
Facsimile:	616.336.7000

Attorneys for Defendant
General Sales and Service, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL, CORPORATION, a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GENERAL SALES AND SERVICE, INC., dba TORCO RACING FUELS, a Michigan corporation; and DOES 5-50 inclusive,<br><br>　　　　　　　　Defendants. | No.: C 06 2033 MMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  Pursuant to Local Rule 6-1, the parties, by and through their undersigned counsel of record,
2  hereby stipulate to extend the deadline for Defendant General Sales and Service, Inc. to answer or
3  otherwise respond to Plaintiff Torco International's Complaint for Trademark Infringement, Dilution
4  and Unfair Competition by fifteen (15) days to May 15, 2006.  This stipulation does not alter the
5  date of any event or any deadline already fixed by Court order.

7  DATED:  April 27, 2006.

8  REED SMITH LLP

10  By  /s/ Kerry Hopkins
    Kerry Hopkins
11  Attorneys for Defendant
    General Sales and Service, Inc.

13  DATED:  April 27, 2006.

14  LARIVIERE, GRUBMAN & PAYNE, LLP

16  By  /s/ Robert W. Payne
    Robert W. Payne
17  Attorneys for Plaintiff
    Torco International

20  Dated: April 28, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney

No.: C 06 2033 MMC         – 1 –         DOCSSFO-12437342.1-KHOPKINS
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware