**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> GENERAL SALES & SERVICE, INC., <br><br>   Defendant. _____/ | No. C-06-2033 MMC <br><br> **ORDER DIRECTING PARTIES TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On May 15, 2006, defendant electronically filed its answer and counterclaim. Thereafter, on June 2, 2006, plaintiff electronically filed its answer to defendant's counterclaim. The parties have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    The parties are hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of the above-referenced documents. The parties are hereby advised that if they fail in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may

1  impose sanctions, including, but not limited to, striking from the record any electronically-
2  filed document of which a chambers copy has not been timely provided to the Court.
3  **IT IS SO ORDERED.**
4  Dated: June 12, 2006

MAXINE M. CHESNEY
United States District Judge

2