IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TORCO INTERNATIONAL, INC.,

    Plaintiffs,

v.

GENERAL SALES & SERVICE, INC.,

    Defendant.
                                             /

No. C-06-2033 MMC

**ORDER STRIKING PLAINTIFF'S ANSWER TO COUNTERCLAIM**

      On June 2, 2006, plaintiff electronically filed its answer to defendant's counterclaim. Plaintiff violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      In an order filed June 12, 2006, the Court ordered plaintiff to immediately submit a chambers copy of its answer to defendant's counterclaim, and warned plaintiff that if it failed in the future to comply with the Court's order to submit chambers copies of electronically-filed documents, the Court would consider imposing sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy had not been timely provided to the Court.

1  Plaintiff again has violated the Court's order by failing to lodge a chambers copy of
2  its answer to defendant's counterclaim.  The Court expects the parties to comply with the
3  Court's orders without being repeatedly reminded to do so.  Accordingly, the Court hereby
4  STRIKES plaintiff's answer to defendant's counterclaim from the record, without prejudice
5  to plaintiff's filing a new copy of the document in compliance with General Order 45 and
6  accompanied by a declaration explaining the reasons for its failure to date to abide by the
7  Court's orders.

8  **IT IS SO ORDERED.**

9  Dated: June 21, 2006                          MAXINE M. CHESNEY
                                                 United States District Judge