Scott D. Baker (SBN 84923)
James A. Daire (SBN 239637)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     415.543.8700
Facsimile:     415.391.8269

Attorneys for Defendant/Counterclaimant
General Sales and Service, Inc.,

Robert W. Payne (SBN 073901)
Nicole A. Smith (SBN 243823)
LA RIVIERE, GRUBMAN & PAYNE LLP
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone:     831.649.8800
Facsimile:     831.649.8835

Attorneys for Plaintiff and Counterdefendant
TORCO INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>                Plaintiff,<br><br>   vs.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation; and DOES 5-50,<br><br>                Defendants.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation,<br><br>                Counterclaimant,<br><br>   vs.<br><br>TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>                Counterdefendant. | No.: C 06 2033 MMC<br><br>**ORDER DENYING [PROPOSED] AMENDED PRETRIAL PREPARATION ORDER** |

The parties, through their undersigned counsel, hereby stipulate as follows:

1.  The parties have agreed to mediate this dispute and to alter the future dates and/or deadlines in order to accommodate such meditation.

2. On June 19, 2006, the Court entered a Pretrial Preparation Order setting forth the dates and/or deadlines for certain events in this action. Since then, the parties have exchanged Initial Disclosures and conducted non-expert discovery in preparation for private mediation.

3. The proposed extended deadlines apply only to future Court-ordered dates and deadlines.

4. Accordingly, the parties to this action jointly submit this [Proposed] Amended Pretrial Preparation Order. The parties respectfully request that the Court enter the following as the Pretrial Preparation Order in this matter such that the parties' mediation may be accommodated:

| Task/Action | Schedule (Proposed) |
| --- | --- |
| Jury Trial Date | July 23, 2007 (unchanged) |
| Non-Expert Discovery Cutoff | April 9, 2007 (moved from February 9, 2007) |
| Designation Of Experts | April 2, 2007 (moved from March 2, 2007) |
| Rebuttal No Later Than | April 16, 2007 (moved from March 16, 2007) |
| Expert Discovery Cutoff | May 7, 2007 (moved from April 6, 2007) |
| Dispositive Motions | May 21, 2007 (moved from April 20, 2007) |
| Last Day For Hearing on Dispositive Motions | June 11, 2007 (moved from May 11, 2007) |
| Pretrial Conference Date | July 10, 2007 (unchanged) |
| Meet and Confer | June 4, 2007 (unchanged) |
| Further Status Conference | May 4, 2007 (unchanged) |
| Further Status Conference Statement | April 27, 2007 (unchanged) |

1  Dated: October 31, 2006.                             REED SMITH LLP

3                                                       /s/      James A. Daire
   Scott D. Baker
4  James A. Daire
   Attorneys for Defendant/Crossclaimant General Sales
5  and Service, Inc.

8  Dated: October 27, 2006.                             2LA RIVIERE, GRUBMAN & PAYNE LLP

10                                                      /s/      Robert W. Payne
    Robert W. Payne
11  Nicole A. Smith
    Attorneys for Plaintiff/Counterdefendant Torco
12  International Corporation

13 The parties' proposed Amended Pretrial Preparation Order is hereby DENIED without prejudice, as the proposed schedule fails to allow adequate time between the dispositive motion hearing date and the pretrial conference.[1]

**IT IS SO ORDERED**

Dated: November 1, 2006.          _____
                                  Honorable Maxine M. Chesney
                                  United States District Judge

---

[1] Contrary to the parties' proposed schedule, the last day for hearing of dispositive motions based on an April 20, 2007 filing deadline is May 25, 2007; the last day for hearing of dispositive motions based on a May 21, 2007 filing deadline is June 29, 2007. See Civil L.R. 7-2(a) ("[A]ll motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."); Standing Order for Civil Cases ¶ 3(b) ("Civil Law and Motion Calendar is conducted on Fridays at 9:00 a.m.").

REED SMITH LLP
A limited liability partnership formed in the State of Delaware