Scott D. Baker (SBN 84923)
James A. Daire (SBN 239637)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    415.543.8700
Facsimile:     415.391.8269

Attorneys for Defendant/Counterclaimant
General Sales and Service, Inc.,

Robert W. Payne (SBN 073901)
Nicole A. Smith (SBN 243823)
LA RIVIERE, GRUBMAN & PAYNE LLP
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone:    831.649.8800
Facsimile:    831.649.8835

Attorneys for Plaintiff and Counterdefendant
TORCO INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation; and DOES 5-50,<br><br>      Defendants.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation,<br><br>      Counterclaimant,<br><br> vs.<br><br>TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>      Counterdefendant. | No.: C 06 2033 MMC<br><br>[~~PROPOSED~~] **AMENDED PRETRIAL PREPARATION ORDER** |

  The parties, through their undersigned counsel, hereby stipulate as follows:

  1.  The parties have agreed to mediate this dispute and to alter the future dates and/or deadlines in order to accommodate such meditation.

2.  On June 19, 2006, the Court entered a Pretrial Preparation Order setting forth the dates and/or deadlines for certain events in this action. Since then, the parties have exchanged Initial Disclosures and conducted non-expert discovery in preparation for private mediation.

3.  The proposed extended deadlines apply only to future Court-ordered dates and deadlines.

4.  Accordingly, the parties to this action jointly submit this [Proposed] Amended Pretrial Preparation Order. The parties respectfully request that the Court enter the following as the Pretrial Preparation Order in this matter such that the parties' mediation may be accommodated:

| Task/Action | Schedule (Proposed) |
| --- | --- |
| Jury Trial Date | July 23, 2007 (unchanged) |
| Non-Expert Discovery Cutoff | April 9, 2007 (moved from February 9, 2007) |
| Designation Of Experts | March 15, 2007 (moved from March 2, 2007) |
| Rebuttal No Later Than | April 2, 2007 (moved from March 16, 2007) |
| Expert Discovery Cutoff | April 13, 2007 (moved from April 6, 2007) |
| Dispositive Motions | April 20, 2007 (unchanged) |
| Last Day For Hearing on Dispositive Motions | May 25, 2007 |
| Pretrial Conference Date | July 10, 2007 (unchanged) |
| Meet and Confer | June 4, 2007 (unchanged) |
| Further Status Conference | May 4, 2007 (unchanged) |
| Further Status Conference Statement | April 27, 2007 (unchanged) |

Dated: November 7, 2006.                    REED SMITH LLP

/s/      James A. Daire
Scott D. Baker
James A. Daire
Attorneys for Defendant/Crossclaimant General Sales and Service, Inc.

Dated: November 6, 2006.                    LA RIVIERE, GRUBMAN & PAYNE LLP

/s/      Robert W. Payne
Robert W. Payne
Nicole A. Smith
Attorneys for Plaintiff/Counterdefendant Torco International Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _November 7_____, 2006.         _____
Honorable Maxine M. Chesney
United States District Judge