Scott D. Baker (SBN 84923)
James A. Daire (SBN 239637)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant/Counterclaimant
General Sales and Service, Inc.,

Robert W. Payne (SBN 073901)
Nicole A. Smith (SBN 243823)
LA RIVIERE, GRUBMAN & PAYNE LLP
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: 831.649.8800
Facsimile: 831.649.8835

Attorneys for Plaintiff and Counterdefendant
TORCO INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation; and DOES 5-50,<br><br>　　　　　Defendants.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Counterdefendant. | No.: C 06 2033 MMC<br><br>[~~PROPOSED~~] SECOND AMENDED PRETRIAL PREPARATION ORDER |

　　　　The parties, through their undersigned counsel, hereby stipulate as follows:

　　　　1.　　On June 19, 2006, the Court entered a Pretrial Preparation Order setting forth the dates and/or deadlines for certain events in this action. On November 7, 2006, the Court entered an

Amended Pretrial Order to accommodate the parties' private mediation.

2. On January 19, 2007 the parties conducted mediation before Judge Edward Infante (Ret.) in the San Francisco office of JAMS. Following the mediation, the parties generated a term sheet, which has since been the subject of further negotiations. The parties have been engaged in attempting to finalize the term sheet and thereafter settlement documentation. To provide adequate time for the parties to reach agreement on the term sheet and settlement documentation, the parties now request that the Court consider and approve this updated proposed case management schedule.

3. The proposed extended deadlines apply only to future Court-ordered dates and deadlines.

4. Accordingly, the parties to this action jointly submit this [Proposed] Second Amended Pretrial Preparation Order. The parties respectfully request that the Court enter the following as the Pretrial Preparation Order to accommodate the parties' efforts to agree on a term sheet and settle the case:

| Task/Action | Schedule (Proposed) |
| --- | --- |
| Jury Trial Date | July 23, 2007 (unchanged) |
| Non-Expert Discovery Cutoff | April 20, 2007 (moved from April 9, 2007) |
| Designation Of Experts | March 30, 2007 (moved from March 15, 2007) |
| Rebuttal No Later Than | April 17, 2007 (moved from April 2, 2007) |
| Expert Discovery Cutoff | April 20, 2007 (moved from April 13, 2007) |
| Dispositive Motions | April 20, 2007 (unchanged) |
| Last Day For Hearing on Dispositive Motions | May 25, 2007 (unchanged) |
| Pretrial Conference Date | July 10, 2007 (unchanged) |
| Meet and Confer | June 4, 2007 (unchanged) |
| Further Status Conference | May 4, 2007 (unchanged) |
| Further Status Conference Statement | April 27, 2007 (unchanged) |

| | | |
|---|---|---|
| 1 | Dated: March 13, 2007. | REED SMITH LLP |
| 2 | | |
| 3 | | /s/    James A. Daire<br>Scott D. Baker |
| 4 | | James A. Daire<br>Attorneys for Defendant/Crossclaimant General Sales |
| 5 | | and Service, Inc. |

Dated: March 13, 2007.                    LA RIVIERE, GRUBMAN & PAYNE LLP

/s/    Robert W. Payne
Robert W. Payne
Nicole A. Smith
Attorneys for Plaintiff/Counterdefendant Torco
International Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __March 13__, 2007.          _____
                                   Honorable Maxine M. Chesney
                                   United States District Judge