**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL CORPORATION, | No. C-06-2033 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| GENERAL SALES AND SERVICE, INC., | |
| Defendant. | |

The Court having been advised that the parties have reached an agreement to settle the above-titled action,

IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: April 26, 2007

MAXINE M. CHESNEY
United States District Judge