Scott D. Baker (SBN 84923)
James A. Daire (SBN 239637)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  415.543.8700
Facsimile:  415.391.8269

Attorneys for Defendant/Counterclaimant
General Sales and Service, Inc.,

Robert W. Payne (SBN 073901)
Nicole A. Smith (SBN 243823)
LA RIVIERE, GRUBMAN & PAYNE LLP
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone:  831.649.8800
Facsimile:  831.649.8835

Attorneys for Plaintiff and Counterdefendant
TORCO INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation; and DOES 5-50,<br><br>Defendants. | No.: C 06 2033 MMC<br><br>[PROPOSED] ORDER EXTENDING TIME TO OBJECT TO DISMISSAL |
| GENERAL SALES AND SERVICE, INC., a Michigan corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>Counterdefendant. | |

The parties, through their undersigned counsel, hereby stipulate as follows:

1. On April 25, 2007, the parties gave notice to the Court that they had conducted mediation before Judge Edward Infante (Ret.) in the San Francisco office of JAMS; that the parties had agreed to a confidential and binding term sheet; that the parties were negotiating long-form

1. settlement agreements; and that the parties had agreed to further mediate any disputes arising from those negotiations before Judge Infante.

2. On April 26, 2007 the Court entered an Order of Dismissal providing that this action was dismissed without prejudice; provided, however that either party could certify to the Court within 90 days that the agreed consideration for settlement had not been delivered, in which case the Order of Dismissal would be vacated.

3. Since then, the parties have diligently negotiated the long form agreements but may stand at an impasse regarding the language of certain terms. The parties have inquired as to Judge Infante's availability for possible further mediation and been informed that he is not available before August 13, 2007.

4. Accordingly, the parties to this action jointly submit this [Proposed] Order Extending Time to Object to Dismissal. The parties have not previously sought any extensions to object to the Court's Order of Dismissal.

## ORDER

IT IS ORDERED, that the time to certify to this Court, with proof of service of a copy thereof to opposing counsel, that the agreed consideration for settlement has not been delivered is hereby extended to October 25, 2007. Upon such certification, the Court's April 26, 2007 Order of Dismissal shall stand vacated and action shall be restored to the calendar to be set for trial.

Dated: July 11, 2007.

REED SMITH LLP

/s/   James A. Daire
Scott D. Baker
James A. Daire
Attorneys for Defendant/Crossclaimant General Sales and Service, Inc.

Dated: July 24, 2007.

LA RIVIERE, GRUBMAN & PAYNE LLP

/s/ Nicole A. Smith
Robert W. Payne
Nicole A. Smith
Attorneys for Plaintiff/Counterdefendant Torco International Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 25, 2007.

Honorable Maxine M. Chesney
United States District Judge

— 3 —

DOCSSFO-12484268.1

[PROPOSED] ORDER EXTENDING TIME TO OBJECT TO DISMISSAL