| | |
|---|---|
| LARIVIERE, GRUBMAN & PAYNE, LLP<br>Robert W. Payne (Ca Bar No. 073901)<br>Nicole A. Smith (Ca Bar No. 243823)<br>19 Upper Ragsdale Drive, Suite 200<br>P.O. Box 3140<br>Monterey, CA 93942-3140<br>Telephone: (831) 649-8800<br>Facsimile: (831) 649-8835<br><br>Attorneys for Plaintiff<br>TORCO INTERNATIONAL CORPORATION | REED SMITH LLP<br>Scott D. Baker (Ca Bar No. 84923)<br>James A. Daire (Ca Bar No. 239637)<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111-3922<br>Mailing Address:<br>P.O. Box 7936<br>San Francisco, CA 94120-7936<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br><br>Attorneys for Defendant<br>GENERAL SALES AND SERVICE, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation, and DOES 5-50 inclusive,<br><br>Defendants. | No. C 06-2033 MMC<br><br>[PROPOSED] ORDER EXTENDING TIME TO OBJECT TO DISMISSAL |

The parties through their undersigned counsel, hereby stipulate as follows:

1. On April 25, 2007, the parties gave notice to the Court that they had conducted mediation before Hon. Edward A. Infante (Ret.) in the San Francisco office of JAMS; that the parties had agreed to a confidential and binding term sheet; that the parties were negotiating

long-form settlement agreements; and that the parties had agreed to further mediate any disputes arising from those negotiations before Hon. Edward A. Infante (Ret.).

2. On April 26, 2007, the Court entered an Order of Dismissal providing that this action was dismissed without prejudice; provided, however that either party could certify to the Court within 90 days that the agreed consideration for settlement had not been delivered, in which case the Order of Dismissal would be vacated.

3. On July 24, 2007, the parties sought an extension to object to the Court's Order of Dismissal. The Court granted the extension, extending the time to object to the Order of Dismissal to October 25, 2007.

4. The parties continued to negotiate the settlement terms and have made significant progress towards finalizing settlement, and are down to a few issues of disagreement.

5. After diligent and successful negotiations on many issues, the parties have reached an impasse on a few core terms. The parties believe that additional time and the aid of Hon. Edward A. Infante (Ret.) will allow the parties to overcome the last remaining hurdles in settlement.

6. The parties have scheduled a mediation with Hon. Edward A. Infante (Ret.) on Monday, November 26, 2007 at JAMS. This is the earliest available date of Judge Infante's schedule on which all necessary parties could attend.

7. The parties believe that the few remaining issues will be worked out on or before the mediation. Consequently, in light of both judicial efficiency and the parties' continued diligent negotiations, both parties believe an extension of time until Friday, February 1, 2008, will be sufficient time for the parties to finalize settlement and alleviate the need for the court to recalculate trial dates unnecessarily.

8.      Accordingly, the parties to this action jointly submit this second [Proposed] Order Extending Time to Object to Dismissal.

## ORDER

IT IS ORDERED, that the time to certify to this Court, with proof of service of a copy thereof to opposing counsel, that the agreed consideration for settlement has not been delivered is hereby extended to February 1, 2008. Upon such certification, the Court's April 26, 2007 Order of Dismissal shall stand vacated and action shall be restored to the calendar to be set for trial.

Dated: October 24, 2007                              LaRIVIERE, GRUBMAN & PAYNE, LLP


                                                      /s/  Nicole A. Smith
                                                     Robert W. Payne
                                                     Nicole A. Smith
                                                     Attorneys for Plaintiff
                                                     Torco International Corporation


Dated: October 24, 2007                              REED SMITH LLP


                                                      /s/  James A. Daire
                                                     Scott D. Baker
                                                     James A. Daire
                                                     Attorneys for Defendant
                                                     General Sales and Service, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  October 26, 2007       , 2007       _____
                                             Honorable Maxine M. Chesney
                                             United States District Judge