Scott D. Baker (SBN 84923)
*sbaker@reedsmith.com*
James A. Daire (SBN 239637)
*jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant/Counterclaimant
GENERAL SALES AND SERVICE, INC.

Robert W. Payne (SBN 073901)
Nicole A. Smith (SBN 243823)
LA RIVIERE, GRUBMAN & PAYNE LLP
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: 831.649.8800
Facsimile: 831.649.8835

Attorneys for Plaintiff and Counterdefendant
TORCO INTERNATIONAL CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>GENERAL SALES AND SERVICE, INC., a Michigan corporation; and DOES 5-50,<br><br>       Defendants. | No.: C 06 2033 MMC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| GENERAL SALES AND SERVICE, INC., a Michigan corporation,<br><br>       Counterclaimant,<br><br>   vs.<br><br>TORCO INTERNATIONAL CORPORATION, a California corporation,<br><br>       Counterdefendant. | |

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

The parties, by and through their undersigned counsel of record, hereby stipulate that this action and all claims and counterclaims asserted therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs in connection with this action.

Dated: February 1, 2008.

LA RIVIERE, GRUBMAN & PAYNE LLP

_____/s/ Nicole A. Smith_____
Robert W. Payne
Nicole A. Smith
Attorneys for Plaintiff/Counterdefendant Torco International Corporation

Dated: February 1, 2008.

REED SMITH LLP

_____/s/ James A. Daire_____
Scott D. Baker
James A. Daire
Attorneys for Defendant/Crossclaimant General Sales and Service, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ____February 4_____, 2008.

_____
Honorable Maxine M. Chesney
United States District Judge

DOCSSFO-12476127.1